# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**SHEILA A. DEJESUS**

**Vs.** **C.A. NO. 07-446ML**

**MICHAEL J. ASTRUE**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Pursuant to the Order dated July 28, 2008 granting the Assented to Motion to Remand, it is hereby adjudged that this case is remanded to the Commissioner under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 28, 2008