UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHEILA A. DEJESUS<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>Social Security Administration<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-446 ML |

**DISMISSAL STIPULATION**

Plaintiff SHEILA A. DEJESUS and Defendant MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, by and through their undersigned counsel, have entered into a settlement as to Plaintiff's Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A). Accordingly, Plaintiff voluntarily dismisses this motion for attorney's fees with prejudice.

/s/ Jeannine LaPlace
JEANNINE LaPLACE, ESQ.
BINDER AND BINDER, P.C.
215 Park Avenue, South, 6th Floor
New York, NY 10003
(212) 677-6801

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000

Dated: August 26, 2008

Enter: Mary M. Lisi USDJ 8/26/08